**No. 50766.**—Protests 974212–G, etc., of American Express Co. et al. (Boston, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.